People v Murrell (2023 NY Slip Op 01406)

People v Murrell

2023 NY Slip Op 01406

Decided on March 17, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 17, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., PERADOTTO, CURRAN, BANNISTER, AND MONTOUR, JJ.

170 KA 19-02026

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,
v
CONSTANTINE D. MURRELL, ALSO KNOWN AS CONSTANTINE MURRELL, DEFENDANT-APPELLANT. 

THE LEGAL AID BUREAU OF BUFFALO, INC., BUFFALO (JOHN J. MORRISSEY OF COUNSEL), FOR DEFENDANT-APPELLANT. 
KEVIN T. FINNELL, DISTRICT ATTORNEY, BATAVIA (WILLIAM G. ZICKL OF COUNSEL), FOR RESPONDENT. 

 Appeal from a judgment of the Genesee County Court (Charles N. Zambito, J.), rendered July 16, 2019. The judgment convicted defendant, upon his plea of guilty, of robbery in the second degree, assault in the second degree, reckless driving and unlawful fleeing a police officer in a motor vehicle in the third degree. 
It is hereby ORDERED that the judgment so appealed from is unanimously affirmed.
Memorandum: Defendant appeals from a judgment convicting him, upon his plea of guilty, of, inter alia, robbery in the second degree (Penal Law § 160.10 [3]) and assault in the second degree (§ 120.05 [6]). We agree with defendant, and the People correctly concede, that defendant's waiver of the right to appeal is invalid (see People v Bisono, 36 NY3d 1013, 1017-1018 [2020]; People v Thomas, 34 NY3d 545, 565-566 [2019], cert denied — US &mdash, 140 S Ct 2634 [2020]). Nevertheless, we conclude that the sentence is not unduly harsh or severe.
Entered: March 17, 2023
Ann Dillon Flynn
Clerk of the Court